# EXHIBIT 1

# EXHIBIT 1



reviewjournal.com



PRINT THIS

Powered by **Clickability**

Click to Print

SAVE THIS | EMAIL THIS | Close

Aug. 25, 2010
Copyright © Las Vegas Review-Journal

## $180,000 IN BENEFITS: Veteran admits defrauding VA

### Las Vegas man pleads guilty to theft, unlawful wearing of Purple Heart

By DOUG MCMURDO
LAS VEGAS REVIEW-JOURNAL

A Las Vegas man who lied to obtain benefits from the Veterans Administration for post-traumatic stress disorder ostensibly stemming from his service in Vietnam pleaded guilty Tuesday to theft of government funds and to a second count of unlawful wearing of a service medal, a Purple Heart, that he was never awarded.

David M. Perelman, 57, faces up to 10 years in federal prison on the first count and up to a year on the second, as well as a combined $350,000 in fines when U.S. District Judge Kent Dawson sentences him Dec. 1.

Perelman fraudulently received more than $180,000 in VA benefits from 1995 through 2008, according to Assistant U.S. Attorney Roger Yang.

More than $20,000 was paid to treat his diabetes; the remainder went to treat post-traumatic stress disorder, but Perelman never saw combat. He claimed he was wounded by shrapnel, but an injury to his leg was the result of a self-inflicted gunshot wound incurred more than 20 years after he returned from Vietnam.

Perelman pleaded guilty to wearing the Purple Heart, awarded to members of the armed forces who are injured in battle, over a two-week period in August 2008. The charge of unlawful wearing of a service medal is connected to the Stolen Valor Act, which the 9th Circuit appeals court recently declared unconstitutional.

Dawson, however, ruled the circumstances regarding Perelman were unrelated to the facts in the 9th Circuit's case. In a rare move, the judge allowed Perelman to retain his right to appeal the constitutionality of the act. His attorney, Assistant Federal Public Defender Rene Vallarades, said he will appeal the conviction to challenge the "facial validity" of the Stolen Valor Act. Critics -- and more than one judge -- have determined the act violates free speech rights.

But Dawson found in Perelman's case that the issue transcends free speech because Perelman's lies allowed him to profit through fraudulently obtained benefits.

Perelman received the Purple Heart from the Air Force in 1994 based on the phony documents he submitted. He served roughly three months in Vietnam in 1971 as an air cargo specialist.

The VA did not find any evidence that Perelman was wounded while in the service, but the agency, citing his Purple Heart, approved his claim in 1995.

Lying to obtain a Purple Heart was not Perelman's only attempt to portray himself as a hero. In 1997 he was the subject of a criminal investigation after claiming to be a Medal of Honor winner.

That case was dismissed due to a delay in prosecution.

Contact Doug McMurdo at dmcmurdo@reviewjournal.com or 702-224-5512 or read more courts coverage at lvlegalnews.com.

**Find this article at:**
http://www.lvrj.com/news/veteran-admits-defrauding-va-101453134.html

 Click to Print

☐ Check the box to include the list of links referenced in the article.

SAVE THIS | EMAIL THIS | Close

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



Keeping an eye on the VA because somebody has to!

The American Veteran's #1 Information Source
Click here to make VA **Watchdog dot Org** your homepage

**VA NEWS FLASH** from *Larry Scott* at **VA Watchdog dot Org** -- 08-27-2010

**Printer-Friendly Version**

---



twitter   SHARE   Comment at bottom of page.





**VETERAN ADMITS TO DEFRAUDING VA OF $180,000 IN BENEFITS**

Las Vegas man, David M. Perelman, pleads guilty to theft and the unlawful wearing of a Purple Heart he did not earn.

*NEWS from Larry Scott, VA Watchdog dot Org*

---

$180,000 IN BENEFITS: Veteran admits defrauding VA

Las Vegas man pleads guilty to theft, unlawful wearing of Purple Heart

By DOUG MCMURDO
LAS VEGAS REVIEW-JOURNAL

http://www.lvrj.com/news/veteran-admits-defraudi
ng-va-101453134.html?ref=134

Ads by Google

**NRA Members for Angle**

Tell the NRA to endorse Sharron Angle for Senate. Call 800-672-3888

NRAmembersforAngle.com



VA Watchdog Stuff... cups, hats, shirts... click on item to order and support the site.

Be sure to get all four VA Watchdog dot Org RSS feeds --
XML Daily VA News Flashes
XML House CVA Veterans' News
XML Senate CVA Veterans' News
XML VA Press Releases



Download your free copy of the 2010 VA benefits

A Las Vegas man who lied to obtain benefits from the Veterans Administration for post-traumatic stress disorder ostensibly stemming from his service in Vietnam pleaded guilty Tuesday to theft of government funds and to a second count of unlawful wearing of a service medal, a Purple Heart, that he was never awarded.

David M. Perelman, 57, faces up to 10 years in federal prison on the first count and up to a year on the second, as well as a combined $350,000 in fines when U.S. District Judge Kent Dawson sentences him Dec. 1.

Perelman fraudulently received more than $180,000 in VA benefits from 1995 through 2008, according to Assistant U.S. Attorney Roger Yang.

More than $20,000 was paid to treat his diabetes; the remainder went to treat post-traumatic stress disorder, but Perelman never saw combat. He claimed he was wounded by shrapnel, but an injury to his leg was the result of a self-inflicted gunshot wound incurred more than 20 years after he returned from Vietnam.

Perelman pleaded guilty to wearing the Purple Heart, awarded to members of the armed forces who are injured in battle, over a two-week period in August 2008. The charge of unlawful wearing of a service medal is connected to the Stolen Valor Act, which the 9th Circuit appeals court recently declared unconstitutional.

Dawson, however, ruled the circumstances regarding Perelman were unrelated to the facts in the 9th Circuit's case. In a rare move, the judge allowed Perelman to retain his right to appeal the constitutionality of the act. His attorney, Assistant Federal Public Defender Rene Vallarades, said he will appeal the conviction to challenge the "facial validity" of the Stolen Valor Act. Critics -- and more than one judge -- have determined the act violates free speech rights.

But Dawson found in Perelman's case that the issue transcends free speech because Perelman's lies allowed him to profit through fraudulently obtained benefits.

Perelman received the Purple Heart from the Air Force in 1994 based on the phony documents he submitted. He served roughly three months in Vietnam in 1971 as an air cargo specialist.

The VA did not find any evidence that Perelman was wounded while in the service, but the agency, citing his Purple Heart, approved his claim in 1995.

Lying to obtain a Purple Heart was not Perelman's only attempt to portray himself as a hero. In 1997 he was the subject of a criminal investigation after claiming to be a Medal of Honor winner.

That case was dismissed due to a delay in prosecution.

------------------------

Need A Background Check?
$1.95 Special Summer Offer Lowest Price On the Net or its Free
www.BeenVerified.com

**Criminal Justice Degree**
Earn Your Associate's Degree in Criminal Justice Online.
Online.SouthUniversity.ed

**Nevada Record Sealing**
Money Back & Low Price Guarantee Experienced Attorney Serves All NV
www.RecordGone.com/n

VA Watchdog Stuff... cups, hats, shirts... click on item to order and support the site.





handbook here...



\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-
posted by *Larry Scott*
**Founder and Editor**
**VA Watchdog dot Org**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**Post your comment using Intense Debate ..... Comment policy is here ...**

Login

- This blog post
- All blog posts

Subscribe to this blog post's comments through...



- RSS Feed

**Subscribe via email**

Subscribe
Follow the discussion
**Comments (5)**
Logging you in...

Close

**Login to IntenseDebate**

Or create an account

Username or Email:
Password:

Forgot login?

OpenID
Cancel **Login**

Close  WordPress.com

Username or Email:
Password:

Lost your password?

Cancel **Login**

Close

**Login with your OpenID**

Or create an account using OpenID

OpenID URL: http://

Back
Cancel **Login**
Dashboard | Edit profile | Logout

- Logged in as

Sort by: Date Rating Last Activity

Login or signup now to comment.

+1 Vote up Vote down


Fiesta 55p · *1 week ago*

So uhh, here is a thought on this line. If a person puts on a robe and masquerades as a judge (up to the Supreme court level let's say) and renders a few judgments on cases, if he gets caught what would be his penalty if he gets caught? Freedom of speech? What do you think would happen if it was discovered? Thought so.
Report
Reply

+1 Vote up Vote down


Kollie1 34p · *1 week ago*

I don't like the new ruling on Stolen Valor. But I do have to agree any butthead can say whatever and although it may be a lie or inflated facts that is their
right. However, to wear a Decoration you have not been awarded is in my humble main street Vet opinion theft. You've commited fraud and have stolen
an honor you have not earned. It's fraud because you deceived to obtain benefit of some sort by your action. Now, phonies have and will always be out there.
I guess all that can be done is when found out they should have a nice photo and story published in the papers. Let the world know how much the want
to be known. Be sure to include all their heroics.
Report
Reply


+1 Vote up Vote down



shud 63p · *1 week ago*

One of the issues that drive me up a wall is how many Vietnam wanna-na-bees gather at the Vietnam Memorial in D.C. Also, the motorcycle contingent that brings deceased vets to a cemetery or gathers at the local VFW is absolutely full of so called veterans wearing the ribbons or medals of either Vietnam vets or veterans of the two current wars. Example would be those that wear both expeditionary medals and Vietnam nam medals when being in country from 68-70. I told one you can't be wearing both.....he walked away. Also saw two of them wearing combat action badges and one was in a artillery unit and the other in a support unit not assigned to an infantry unit.
Report
Reply

0 Vote up Vote down



CK757 68p · *1 week ago*

And how many investigations are made concerning improper denial of claims by the VA, and "Lo Ball" awards? How many investigations into why the VA takes years to process claims? How many investigations as to why the VA did not or is not implementing multiple recommendations by various "independent" panels paid for by the government". Has the VA ever been officially censured for imposing stricter requirements on veterans claims than the law calls for?

Why is the VA given a "presumption of regularity" in court, when it's obvious that the VA has been anything but? Why is the VA "subject" to administrative regulations when the regulations are in the VA's favor, and not subject to many when they are in favor of a veteran?

I believe someone who defrauds the government should be punished, just as I believe a government entity that defrauds a citizen should be punished.
Report
Reply

+1 Vote up Vote down



gulskjegg 39p · *1 week ago*

So the VA IT manager swipes $24 MILLION but manages to walk away to a new job, an actual veteran makes an error in judgement costing the VA less than $200,000 and faces 10 years in the slammer. Nope, no double standard here. Nothing to see, move along, move along.
Report
Reply

Comments by IntenseDebate

---------------------------

**Don't forget to read all of today's VA News Flashes (click here)**
**Click here to make VA Watchdog dot Org your homepage**
**(go back to VA Watchdog dot Org Home Page)**



○ Web  ○ www.vawatchdog.org

FAIR USE NOTICE: This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such materials available in an effort to advance understanding of veterans' issues. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed an interest in receiving the included information for educational purposes. For more information go to: http://www.law.cornell.edu/uscode/17/107.shtml  If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

# EXHIBIT 3

# EXHIBIT 3

*-APPLICATION-*

## Title

**Title of Work:** $180,000 In Benefits: Veteran admits defrauding VA. Las Vegas man pleads guilty to theft, unlawful wearing of Purple Heart.

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 25, 2010   **Nation of 1st Publication:** United States

## Author

- **Author:** Stephens Media LLC
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC
9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC
**Name:** Chief Executive Officer
**Email:** sgibson@righthaven.com   **Telephone:** 702-527-5900
**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Steven A. Gibson |
| **Date:** | September 21, 2010 |
| **Applicant's Tracking Number:** | 0002089 |

Registration #:

Service Request #: 1-490418008

Application Date: 09-21-2010 17:44:43

## Correspondent

| | |
|---|---|
| Organization Name: | Righthaven LLC |
| Name: | Steven A. Gibson |
| Address: | 9960 West Cheyenne Avenue<br>Suite 210<br>Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701   United States